UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 18, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMMED ZOHAIR ADI,

Defendant.

Case No. 2:21-mj-00177-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MOHAMMED ZOHAIR ADI, Case No. 2:21-mj-00177-JDP Charge 18 U.S.C. § 1956(h), from custody for the following reasons:

| | |
|---|---|
| X | Release on Personal Recognizance |
| | Bail Posted in the Sum of $ |
| | Unsecured Appearance Bond $ |
| | Appearance Bond with 10% Deposit |
| | Appearance Bond with Surety |
| | Corporate Surety Bail Bond |
| X | (Other): The defendant is ordered to appear at the Pretrial Services Office on 11/19/2021 at 9:30 a.m. |

Issued at Sacramento, California on November 18, 2021 at 2:55 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE